SEALED

FILED
MAR 28 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW M. YELOVICH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7
8              IN THE UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10
11 In the Matter of the Search of:        )  CASE NO.
                                          )  2:18-SW-0238 EFB
12 5420 Acme Avenue                       )
   Sacramento, California                 )  SEALING ORDER
13                                        )
14                                        )
15                                        )
16 _____)
17
18     Upon application of the United States of America and good cause having been shown,
19     IT IS HEREBY ORDERED that the above-captioned case shall be filed under seal and
20 shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a
21 copy of the search warrant will be left at the scene of the search.
22 Dated: 3-28-2018
23                                           _____
                                             EDMUND F. BRENNAN
24                                           United States Magistrate Judge